# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 19-2376-VAP (JPR)**                              Date: **May 20, 2019**

Title: <u>Yuliya Vladimirovna Kasparova v. Nancy A. Berryhill</u>
=================================================================

**DOCKET ENTRY: Order to Show Cause re Service**
=================================================================

PRESENT:

        HON. <u>JEAN P. ROSENBLUTH</u>, MAGISTRATE JUDGE

| <u>Bea Martinez</u> | <u>   n/a   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

    None present                                        None present

**PROCEEDINGS: (IN CHAMBERS)**

On March 28, 2019, Plaintiff, through counsel, filed the Complaint in this Social Security action. On April 2, the Court granted Plaintiff's request for in forma pauperis status. On April 8, the Court issued a case-management order, requiring Plaintiff to properly serve the summons and Complaint on the Commissioner and file proof of service within 30 days of the Complaint's filing. On May 17 — well after that deadline — Plaintiff filed notice that her counsel had provided copies of the IFP order, summons, and Complaint to the Marshal "during April" but had heard nothing further.

For nonprisoners, service by the Marshal is not automatic simply because a plaintiff has been granted IFP status. <u>See</u> <u>Carrasco v. U.S. Gov't</u>, No. C06-5104RJB., 2007 WL 764721, at *5 (W.D. Wash. Mar. 9, 2007) (nonprisoner IFP plaintiff not entitled to service by Marshal as matter of right), <u>aff'd</u>, 292 F. App'x 610, 610 (9th Cir. 2008). Rather, the plaintiff must request service, and the Court must order it. And because 28 U.S.C. § 1915 does not require Marshal service for nonprisoners, a presumption against service by the Marshal applies in this district. <u>See</u> C.D. Cal. R. 4-2 ("Except as otherwise provided by order of the Court, or when required by the treaties or statutes of the United States, process shall not be presented to the United States Marshal for service.").

Accordingly, no later than 14 days from the date of this Order, Plaintiff must show

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:     **CV 19-2376-VAP (JPR)**                                May 20, 2019
              **Kasparova v. Berryhill**                                    Page 2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

cause why she has not complied with the Court's order requiring service within 30 days for those represented by counsel. If Plaintiff files proof of service within that time, the OSC will automatically be discharged.