JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YULIYA VLADIMIROVNA KASPAROVA, | ) | Case No. CV 19-2376-JPR |
| | ) | |
| Plaintiff, | ) | **J U D G M E N T** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: May 13, 2020

                                          JEAN ROSENBLUTH
                                          U.S. Magistrate Judge